EXHIBIT 2

## AFFIDAVIT

STATE OF _Ne_ )
                ) ss.
COUNTY OF _Duglas_ )

I, Cy Wakeman, being sworn, state and affirm as follows:

1. I am President of Cy Wakeman, Inc.

2. Cy Wakeman, Inc., through its officers and employees, has developed and continues to develop programs in business leadership and employee advancement.

3. The company performs training and coaching services for employees at a variety of companies. These programs are marketed and sold as keynote speeches, given by Cy Wakeman, Inc. employees to businesses and seminars, as well as training programs in which employees are immersed in the concepts developed by Wakeman.

4. Recently, Cy Wakeman, Inc. has added a "virtual training" platform, to be utilized by customers online.

5. Our programs' overarching theme is "Reality-Based Leadership" in which business leaders rely upon facts, give employees clear roles and feedback, instill accountability, and focus efforts away from unnecessary drama. The "Reality-Based" mantra is part of every program developed by Wakeman. Other concepts and phrases, such as "Acknowledge What Is" and "Emotional Expensiveness," stem from that basic premise.

6. I have written and published two books, Reality-Based Leadership, published in 2010, and The Reality-Based Rules of the Workplace, published in 2013. Both books are based on the "Reality-Based Leadership" theme.

7. The company now sells a variety of "Reality-Based" products, from books, seminar DVDs and flashcards to buttons and coffee mugs adorned with phrases from Wakeman books and programs.

8. In October 2012, on behalf of Cy Wakeman, Inc., I hired Nicole Price to the position of Vice President of Training. She was to become one of the company's featured speakers and assist with the development of new "Reality-Based" programs. She remained employed by Cy Wakeman, Inc. in that position until August 2016.

9. Among Price's assigned tasks as an employee and officer of Wakeman was to develop a speaking and training platform emphasizing diversity in the workplace, as well as consult privately with Cy Wakeman, Inc. clients. Presentation was to include and build on the "Reality-Based" concepts used throughout Wakeman's other materials, including Reality-Based Leadership and The Reality-Based Rules of the Workplace, and was to be titled "Reality-Based Diversity and Inclusion in the Workplace."



10. Price completed the development of the diversity platform during, and as part of, her employment with Cy Wakeman, Inc.

11. Once the presentation was complete, Price was tasked with presenting it as a member of the company's "Reality-Based Leadership Team" at seminars and businesses booked by Wakeman. Price gave the presentation at conferences and to Cy Wakeman, Inc. clients, all booked through Cy Wakeman, Inc. Cy Wakeman, Inc. began preparing promotional videos of Price giving the "Reality-Based Diversity & Inclusion" presentation to better expand its marketing.

12. The Price presentation was also incorporated into Wakeman's "Virtual Training" platform.

13. During the 2016 ATD International Conference and Exhibition in Denver, a videographer hired by Cy Wakeman, Inc. took video of Price giving the presentation.

14. In 2015, I prepared and sold a book proposal to St. Marten's Press. The book, a follow-up to her two previous books, was to include components of "Reality-Based Diversity & Inclusion," and the proposal reflected this.

15. I began work on the book soon after the proposal was accepted. I was writing the book in August 2016, when I learned that Price intended to open a competing business.

16. Upon learning of Price's actions to open a competing business, I confronted Price. She admitted she intended to start a consulting business and had taken steps toward opening that venture. On behalf of Cy Wakeman, Inc., I terminated Price.

17. Since the publication of *Lively Paradox* came before the publication of my new book, and because *Lively Paradox* contains much of the material to be included in my new book, my publisher has advised me to keep the material from publication. As a result, my new book has been shortened considerably, and my company's ongoing use of "Reality-Based Diversity & Inclusion" is in question.

18. Because many of our training and coaching services are geared toward companies experiencing internal management or human resources problems, many of our clients enter into confidentiality agreements with Cy Wakeman, Inc. Those agreements prohibit, among other things, promotional materials based on the business relationship between Wakeman and those companies.

19. Employees, including Price, were notified of any confidentiality agreements before consulting with any Cy Wakeman, Inc. client.

20. Since leaving Cy Wakeman, Inc., Price has publicly disclosed the identities of multiple Cy Wakeman, Inc. clients who had previously entered confidentiality agreements as part of Price's marketing materials. I have asked Price on multiple occasions to remove those companies, but Price has refused.

21. As a result of the breach of the confidentiality agreements, at least one of the disclosed clients has stopped using Cy Wakeman, Inc.'s services.

22. Cy Wakeman, Inc. has the exclusive right to authorize use of "Reality-Based Leadership" and the certifications developed by it related to that theme/concept. At no point has Cy Wakeman, Inc. authorized Price to use "Reality-Based Leadership" or any of its concepts, themes, teachings, or materials.

Further affiant sayeth naught.

*Cy Wakeman*
Cy Wakeman, President
Cy Wakeman, Inc.

Before me, the undersigned notary public, this day, personally appeared Cy Wakeman, to me known, who having been duly sworn according to law, signed and affirmed the preceding statement.

Subscribed and sworn to before me this 1st day of April, 2017.

GENERAL NOTARY-State of Nebraska
SARA A MEIS
My Comm. Exp. Apr. 2, 2017

Notary Public, State of Nebraska