**EXHIBIT 5**

Social Media Handles:

**Facebook** https://www.facebook.com/CyWakeman

**LinkedIn** https://www.linkedin.com/in/cywakeman

**Twitter** https://twitter.com/CyWakeman

**Google+** https://plus.google.com/102611871313573442947/about

**YouTube** http://www.youtube.com/user/CyWakemanInc?feature=watch

**Instagram** https://instagram.com/ditchthedrama/

---

Nicole Price <nicole@cywakeman.com>                                   Mon, Aug 1, 2016 at 7:18 AM
To: Cy Wakeman <cy@cywakeman.com>
Bcc: Brandy Thornton <brthornton5@gmail.com>, "Roberts, Ian A." <ian.roberts@slps.org>, Stacey Brown <sbrown9@yahoo.com>, Deanna Vansickel <drdeanna@me.com>

Cy, it was good to talk with you last Wednesday. This emailed response has several topics covered that deserve a discussion so I hope that you are open to another phone call or that you can carve out time to talk about it when I am in Omaha tomorrow. In any case, I believe offering you some reflection time would support that discussion and I have tried to be thoughtful about your questions.

Going backward...

**Work Projects/ Role**
My current work projects are Khan-Academy style RBR certification, updating certification materials, refining assessments and creating a buttoned-up format to introduce new fans to your work (Ten Principles). After thinking about it for weeks, I've confirmed that my larger purpose in the world and greater aspiration is to create some specific space in my life to work with non-profits, religious institutions, small organizations (10-250 employees) and urban schools. Because of this, I would like to transition to be a 1099 contractor by 2017. In that capacity, I would love to help onboard Kelli and Rob so that the baton is passed flawlessly on my projects. In a perfect world, I would love to make this transition invisible to our external Reality-Based clients and seamless for you and me. I value your opinion and am interested in your creative perspective on how to make this happen.

**NDA/ Non-Compete**
I'm happy to hear that you are considering going broad with the NDA's and confidentiality statements. I've always thought it risky not to have them. I will gladly sign one. Your Reality-Based Leadership/ Rules, Employee Engagement and VT content makes sense from a non-compete/ copyright perspective. I would like to talk more about "developed during employment" language. You and I discussed that my diversity and inclusion work would be offered as a book that you would endorse (e.g. Nicole Price with Cy Wakeman). I'm not sure if that offer is still on the table but that would be ideal for me. With that, I fully expect that I would be able to work in the D&I space with any organization unless it is an existing client of CWI. I also need to know that the non-compete excludes general team/ leadership development work like team set-up, mission/ vision creation, norming/ forming, role/ process clarification, etc. Finally, the adult learning methods I use for certification and workbook creation I would also want to be outside the limitations of the agreement. Perhaps you could share the non-compete agreement you have with Lisa and that language would be sufficient as I realize she works for Vital Smarts as well as for you? Thoughts?

**Bookings/ Client Follow-up**
Related to bookings, I currently have visibility to the 'Bookings' file. I have not had an issue with the bookings, my concern was with the 300% requested increase in speaking. I believe we landed in a good place with that and the target is still 50/ year. Is this correct? Related to that, sustainability and sales for these clients could

absolutely be handled on an individual basis. You are spot on that conference follow-up is a different responsibility that, at present, has some holes (i.e. ATD/ SHRM campaign timeliness and functionality).

Again, it is my desire to talk through all of this with you and land at a place that works for everyone. I respect what you have done with your business. The intense passion you have for your work is unmatched. Through your gentle spirit, I have learned so much and am eternally grateful. You ARE the Reality-Based Leadership brand and I look to you for your expertise and help as I spread my wings and bit and attempt to create something parallel that helps the "little guys."

I love you with my whole heart, Nicole

On Wed, Jul 27, 2016 at 10:03 PM, Cy Wakeman <cy@cywakeman.com> wrote:
Nicole,

In thinking through how we ensure that we are following up on our client contacts for follow up sales - do you see it possible for each of us to host our own sustainability /follow up calls to our own events post event and provide our counsel as to next steps up to and including demos? What issues do you forsee with us each doing our own follow up with our clients that we are working with? Conference lead follow up would be a different responsibility for assigned team members - just wondering as I find myself having to do a bulk of the larger sales and contracting with my own clients anyway.

Also, wondering - do you want to see your production numbers on a regular basis? I look at them monthly and I know you had asked for them in the past. I got the sense when we reviewed them the last couple of times that they weren't as helpful as we had hoped - what is your take on them?

Lastly, a head's up - I will be asking everyone in the organization to sign NDA's, confidentiality statements, and non-compete documents next week as we onboard Kelli and Rob. I want to ensure that we are all clear about copyright materials, ownership of work products developed during employment and that the sharing of any information including financials or other internal challenges outside of the organization with anyone is prohibited.

Thanks for the call today - I look forward to getting your update on current work projects and roles and responsibilities.

Cy

## Cy Wakeman

President & Founder

402-763-8963

cy@cywakeman.com

Social Media Handles:

**Facebook** https://www.facebook.com/CyWakeman

**LinkedIn** https://www.linkedin.com/in/cywakeman

**Twitter** https://twitter.com/CyWakeman

**Google+** https://plus.google.com/102611871313573442947/about

**YouTube** http://www.youtube.com/user/CyWakemanInc?feature=watch

**Instagram** https://instagram.com/ditchthedrama/

--