**EXHIBIT 8**



June 13, 2016

Dear Nicole,

Re: Compensation Increase

Cy Wakeman Inc (aka, Reality-Based Leadership) is pleased to provide you with the update to compensation and benefits offered to you. Your current compensation plan includes...

- **Salary:** Annual salary of $135,000, paid biweekly by direct deposit.
- **Base Pay Increase:** Your salary inclusive of your merit raise will be $145,000 effective June 15, 2016.
- **Performance Bonus:** A discretionary bonus may be paid to you. Such bonus(es) would be based on your contribution, support and service to Reality-Based Leadership clients, associates of Reality-Based Leadership and the Reality-Based Leadership Team. The amount of the bonus will be determined based upon revenue and project goals mutually determined. Bonuses may be paid every six months with annual total payout not to exceed 10% of salary.
- **Benefits:** Standard benefits offered to salaried employees include the following...
  - Health and Dental Insurance with 50% employee contribution to premium
  - Sick leave of 5 days per calendar year and subject to FMLA
  - 3 weeks paid vacation per calendar year



Only with the combined effort of a great team are we able to meet the desires and exceed the expectations of our clients.   Thank you for being a very important part of our great team.


Thank you and sincerely,

Cy Wakeman