

# State of Missouri
Jason Kander, Secretary of State

Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

```
LC001491835
Date Filed: 5/6/2016
Jason Kander
Missouri Secretary of State
```

## Articles of Organization
*(Submit with filing fee of $105.00)*

**EXHIBIT 10**

1. The name of the limited liability company is:
   **Nicole Price Consulting, LLC**
   *(Must include "Limited Liability Company," "Limited Company," "LC," "L.C.," "L.L.C.," or "LLC")*

2. The purpose(s) for which the limited liability company is organized: **Consulting - Leadership Coaching**

3. The name and address of the limited liability company's registered agent in Missouri is:
   **United States Corporation Agents, Inc., 1213 N. Kingshighway, Suite 102, Cape Girardeau, MO 63701**
   *Name    Street Address: May not use PO Box unless street address also provided    City/State/Zip*

4. The management of the limited liability company is vested in:  ☐ managers   ☑ members   *(check one)*

5. The events, if any, on which the limited liability company is to dissolve or the number of years the limited liability company is to continue, which may be any number or perpetual: **Perpetual**

   *(The answer to this question could cause possible tax consequences, you may wish to consult with your attorney or accountant)*

6. The name(s) and street address(es) of each organizer *(PO box may only be used in addition to a physical street address)*:
   (Organizer(s) are not required to be member(s), manager(s) or owner(s))
   **LegalZoom.com, Inc., 9900 Spectrum Drive, Austin, TX 78717**

7. ☐ Series LLC (OPTIONAL) Pursuant to Section 347.186, the limited liability company may establish a designated series in its operating agreement. The names of the series must include the full name of the limited liability company and are the following:

   New Series:
   ☐ The limited liability company gives notice that the series has limited liability.

   New Series:
   ☐ The limited liability company gives notice that the series has limited liability.

   New Series:
   ☐ The limited liability company gives notice that the series has limited liability.

(Each separate series must also file an Attachment Form LLC 1A.)

Name and address to return filed document:
Name: **Cheyenne Moseley, LegalZoom.com, Inc.**
Address: **100 W. Broadway, Suite 100**
City, State, and Zip Code: **Glendale, CA 91210**

ORI-05112016-0441 State of Missouri
No of Pages 2 Pages

Creation - LLC/LP/LLP

LLC-1 (08/2013)

8. The effective date of this document is the date it is filed by the Secretary of State of Missouri unless a future date is otherwise indicated: _____

*(Date may not be more than 90 days after the filing date in this office)*

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)
**All organizers must sign:**

| Organizer Signature | Printed Name | Date |
|---|---|---|
| *[signature]* | Cheyenne Moseley, Assistant Secretary, LegalZoom.com, Inc. | 5/5/2016 |
| Organizer Signature | Printed Name | Date |
| Organizer Signature | Printed Name | Date |

LLC-1 (08/2013)