EXHIBIT 11

# STATE OF MISSOURI

SEAL OF THE SECRETARY OF STATE MISSOURI

**Jason Kander**
**Secretary of State**

CERTIFICATE OF ORGANIZATION

WHEREAS,

*Nicole Price Consulting, LLC*
*LC001491835*

filed its Articles of Organization with this office on the 6th day of May, 2016, and that filing was found to conform to the Missouri Limited Liability Company Act.

NOW, THEREFORE, I, Jason Kander, Secretary of State of the State of Missouri, do by virtue of the authority vested in me by law, do certify and declare that on the 6th day of May, 2016, the above entity is a Limited Liability Company, organized in this state and entitled to any rights granted to Limited Liability Companies.

IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this 6th day of May, 2016.

Jason Kander
Secretary of State

THE GREAT SEAL OF THE STATE OF MISSOURI
UNITED WE STAND DIVIDED WE FALL
SALUS POPULI SUPREMA LEX ESTO
MDCCCXX