IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CY WAKEMAN, INC., an Iowa corporation, Individually and as Assignee of John Wiley & Sons, Inc., | ) ) ) | 8:16 CV 00541 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) ) ) | INDEX OF EVIDENCE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |
| NICOLE PRICE CONSULTING, LLC d/b/a LIVELY PARADOX, a Missouri limited liability company and NICOLE D. PRICE, | ) ) ) | |
| | ) | |
| Defendant(s). | ) | |

COMES NOW the Plaintiff, Cy Wakeman, Inc., pursuant to NECivR 7.1(b)(2), and respectfully submits the following Index of Evidence in Support of Plaintiff's Motion for Preliminary Injunction:

| Exhibit No. | Description |
|---|---|
| 1 | Cy, Wakeman, Inc. Articles of Incorporation |
| 2 | Affidavit of Cy Wakeman |
| 3 | *Reality-Based Leadership*, published in 2010 – Ex. 3 will be hand delivered to the Court. |
| 4 | *The Reality-Based Rules of the Workplace*, published in 2013 – Ex. 4 will be hand delivered to the Court. |
| 5 | Nicole Price email re quitting |
| 6 | Nicole Price W-4 re hire date / position |
| 7 | Nicole Price LinkedIn biography |
| 8 | Nicole Price compensation plan |
| 9 | *Reality-Based Diversity & Inclusion* |

1

715739

| 10 | Nicole Price Consulting, LLC, Articles of Organization |
|---|---|
| 11 | Nicole Price Consulting, LLC Certificate of Organization |
| 12 | NO EXHIBIT |
| 13 | Video clip. The video clip will be provided on a DVD and will be hand delivered to the Court. *For maximum quality, please drag the video to a computer desktop to view.* |
| 14 | NO EXHIBIT |
| 15 | *Lively Paradox: An Authentic Perspective on Diversity & Inclusion* |
| 16 | Nicole Price Registration of Fictitious Name |
| 17 | Nicole Price SpeakInc. profile |
| 18 | *Reality-Based Leadership* copyright by John Wiley & Sons, Inc. |
| 19 | *The Reality-Based Rules of the Workplace* by John Wiley & Sons, Inc. |
| 20 | *Reality-Based Diversity & Inclusion* copyright by Cy Wakeman, Inc. |
| 21 | Assignment of copyright by John Wiley & Sons, Inc. to Cy Wakeman, Inc. |

Dated this 11th day of April, 2017.

CY WAKEMAN, INC., an Iowa corporation
Plaintiff,

By:    */s/ Patrick T. Vint*_____
Pamela J. Bourne, No. 21916
Patrick T. Vint, No. 26176
WOODS & AITKEN LLP
10250 Regency Circle, Suite 525
Omaha, NE 68114
Phone: 402-898-7400
Fax:    402-898-7401
Email: pbourne@woodsaitken.com
        pvint@woodsaitken.com

*Attorneys for Plaintiff*

2

715739

**<u>CERTIFICATE OF SERVICE</u>**

  The undersigned hereby certifies that on this 11th day of April, 2017, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties' counsel of record.


         */s/ Patrick T. Vint*_____

715739