This page intentionally left blank.

There is no Exhibit 14.