1-800-677-3324

**SpeakInc**

**EXHIBIT 17**

| SPEAKERS | ABOUT | | | CONTACT US |
|---|---|---|---|---|
| o Find a Speaker | o Our Team<br>o Careers | BLOG | FAQ | o Request Consultation<br>o Speaker Registration |



# Nicole Price

**Leadership & Workplace Expert**

**Inquire About This Speaker**

ABOUT

VIDEOS

TALKS

# About Nicole

When Nicole Price began her first leadership assignment based on popular and conventional leadership wisdom, she initially found that she was not seeing successful results and, in fact, saw a drop in the level of accountability her team was projecting. Pretty quickly, she learned that there was a better way to achieve results through incorporating a philosophy similar to that of Cy Wakeman's Reality-Based LeadershipTM.

Read More »

When Nicole Price began her first leadership assignment based on popular and conventional leadership wisdom, she initially found that she was not seeing successful results and, in fact, saw a drop in the level of accountability her team was projecting. Pretty quickly, she learned that there was a better way to achieve results through incorporating a philosophy similar to that of Cy Wakeman's Reality-Based LeadershipTM.

She made a fundamental shift in her mindset to call her team to greatness through ditching the drama and finding success in spite of the circumstances and facts that held them back. She has been living this idea and helping other leaders to gain similar insights ever since. It is no wonder why she and Cy became forces to be reckoned with when they started collaborating in 2011. Since that time, Nicole has created training programs and promoted the idea of bulletproofing employees rather than focusing efforts to try and perfect their circumstances and realities.

Because of her unique background, personality, and similar philosophy, Cy handpicked Nicole to help revolutionize the way employees and leaders accomplish the unthinkable by expanding the Reality-Based Leadership philosophy. Nicole's extensive proficiency in coaching individuals and teams gives her a rare perspective allowing her to introduce the Reality-Based Leadership™ philosophy to all types of teams. She's experience great success working with multiple corporations, non-profit organizations, and manufacturing environments.

Nicole's entertaining delivery style combined with her upbeat candor engages audiences at all professional levels and across a wide array of industries. Participants in her programs consistently give rave reviews and credit Nicole for unearthing insights that helped to change the way they think and ultimately changed their lives.

Her clients consist of organizations such as The Girl Scouts of America, UnityPoint Health System, the HR Association of Palm Beach, The American Association of Colleges of Nurses, The Nebraska State College System, The University of Nebraska Medical Center,

Madison County Health Care System, The National Association of Insurance Commissioners, The Minnesota Hospital Association, Lockton Companies, C&A Industries, North American Ag & Food HR Roundtable, Crown Castle, MorseLife, CUNA Mutual Group, Lifeserve Blood Centers of Kansas City, Arby's, Hyatt Hotels, and many more.

# Videos



Nicole D Price at Lively Paradox



Video 1

# Talk Titles

## We Are Family (Sometimes Dysfunctional)

**VIEW SUMMARY >**

## Lead Your Life

**VIEW SUMMARY >**

## Mot-I-Vation

**VIEW SUMMARY >**

## Room For Everyone Services

**VIEW SUMMARY >**

**Inquire About This Speaker**

**Fee:** *Fee may vary. Contact us for a quote.*
**Travels from:** Missouri



## Topics:
Leadership, Team Building, Strategic Planning, Change, Management, Workforce, Diversity, Executive Coaching/Development, Employee Engagement/Retention

### Inquire About This Speaker

## Similar Speakers:



### Cy Wakeman

Reality-Based Leadership

1-800-677-3324

**SpeakInc.**

10680 Treena Street, Suite 230

San Diego, CA 92131

Home
Privacy Policy
Terms & Conditions

Sign Up for Industry News

Signup

Disclaimer: Speak Inc. Speakers Bureau is not responsible for errors, omissions or outdated information on this website. The material presented on this site is provided by the speakers who are accountable for any copyright information including licensing fees if required. Speak Inc. Speakers Bureau has permission to post the biographies, topics, photos and videos with the understanding from the speakers that the information presented is legally owned by them.

© 2016 SpeakInc. All rights reserved.