# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**
**TX 7-289-392**

Effective date of registration:
November 12, 2010

## Title

Title of Work: Reality-Based Leadership (9780470613504) BX

## Completion/Publication

Year of Completion: 2010
Date of 1st Publication: August 31, 2010    Nation of 1st Publication: United States
International Standard Number: ISBN    9780470613504

## Author

Author: Cy Wakeman
Author Created: text
Work made for hire: No
Citizen of: United States

## Copyright claimant

Copyright Claimant: John Wiley & Sons, Inc.
111 River Street, Hoboken, NJ, 07030, United States
Transfer Statement: By written agreement

## Limitation of copyright claim

Material excluded from this claim: Foreword
New material included in claim: text

## Certification

Name: Jennifer Peters
Date: November 9, 2010