# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-711-350**

Effective date of registration:
April 22, 2013

## Title

Title of Work: The Reality-Based Rules Of The Workplace (9781118413685) BX

## Completion/Publication

Year of Completion: 2012
Date of 1st Publication: April 12, 2013
Nation of 1st Publication: United States
International Standard Number: ISBN    9781118413685

## Author

Author: Cy Wakeman
Author Created: text
Work made for hire: No
Citizen of: United States

## Copyright claimant

Copyright Claimant: John Wiley & Sons, Inc.
111 River Street, Hoboken, NJ, 07030, United States
Transfer Statement: By written agreement

## Certification

Name: Jennifer Peters
Date: April 19, 2013