**EXHIBIT 20**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-269-645**

Effective Date of Registration:
November 22, 2016

## Title

Title of Work: REALITY-BASED DIVERSITY & INCLUSION

## Completion/Publication

Year of Completion: 2015
Date of 1st Publication: April 01, 2015
Nation of 1st Publication: United States

## Author

- Author: Cy Wakeman, Inc.
  Author Created: text, artwork
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Cy Wakeman, Inc.
20330 Veteran's Drive, Suite #1, Elkhorn, NE, 68022, United States

## Rights and Permissions

Organization Name: Suiter Swantz pc llo
Name: Chad W. Swantz
Email: file@suiter.com
Telephone: (402)496-0300
Address: 14301 FNB Parkway, Suite 220
Omaha, NE 68154 United States

## Certification

Name: Chad W. Swantz
Date: November 22, 2016
Applicant's Tracking Number: CW 16-2-1