EXHIBIT 21

# COPYRIGHT ASSIGNMENT AGREEMENT

This COPYRIGHT ASSIGNMENT AGREEMENT ("**Copyright Assignment**"), dated as of December 1, 2016 is made between John Wiley & Sons, Inc. ("Wiley"), a New Jersey corporation, Cy Wakeman, Inc. ("**Wakeman**"), an Iowa corporation, and Cy Wakeman, individually (collectively the "Parties").

## RECITALS

WHEREAS Wiley, through its imprint Jossey-Bass and Cy Wakeman entered into an Agreement dated October 1, 2009 regarding the publication of *Reality-Based Leadership* (the "RBL Agreement");

WHEREAS Wiley, through its imprint Jossey-Bass and Cy Wakeman entered into an Agreement dated March 6, 2012 regarding the publication of *Reality-Based Rules of the Road* (the "RBROTR Agreement") (collectively the "Agreements");

WHEREAS pursuant to the Agreements, Cy Wakeman granted Wiley the copyright and exclusive publication rights in each book (collectively the "Works"), including the exclusive rights to license or permit others to prepare, publish, distribute and transmit the copyrighted material in each book;

WHEREAS Cy Wakeman is the president of Cy Wakeman, Inc.; and

WHEREAS Wiley wants to assign, and Cy Wakeman, Inc. wants to receive as assignee, the copyright for *Reality-Based Leadership* and *Reality-Based Rules of the Road*;

NOW THEREFORE, the Parties agree as follows:

1. <u>Assignment</u>. For consideration, the sufficiency and receipt of which is hereby acknowledged, Wiley hereby conveys, transfers and assigns to Wakeman, and Wakeman hereby accepts , Wiley's right, title and interest in and to the copyrights for *Reality-Based Leadership* and *Reality-Based Rules of the Road* (the "**Assigned Copyrights**") and:

FORM - 553672

    (a)    the copyright registrations and copyright applications, and all issuances, extensions and renewals thereof during the period of this Assignment;

    (b)    any and all claims and causes of action, with respect to any of the foregoing, whether accruing before, on and/or after the date hereof, including all rights to and claims for damages, restitution and injunctive and other legal and equitable relief for past, present and future infringement, misappropriation, violation, misuse, breach or default, with the right but no obligation to sue for such legal and equitable relief and to collect, or otherwise recover, any such damages.

2.    <u>Recordation and Further Actions</u>. Wiley shall take such necessary steps and actions following the date hereof, including the execution of any documents, files, registrations, or other similar items, to ensure that the Assigned Copyrights are properly assigned to Wakeman.

3.    <u>Terms of the Agreements</u>. The terms of the previous Agreements, including, but not limited to, the license and all publication rights granted to Wiley, representations, warranties, covenants, agreements and indemnities relating to the Assigned Copyrights are incorporated herein by this reference. The parties hereto acknowledge and agree that the license and all publication rights granted to Wiley, representations, warranties, covenants, agreements and indemnities contained in the Agreements shall not be superseded hereby but shall remain in full force and effect to the full extent provided therein.

4.    <u>Consent of Cy Wakeman</u>. To the extent necessary, Cy Wakeman agrees to the assignment of the copyright rights under the terms and conditions set forth in this Copyright Assignment.

5.    <u>Counterparts</u>. This Copyright Assignment may be executed in counterparts, each of which shall be deemed an original, but all of which together shall be deemed to be one and the same agreement. A signed copy of this Copyright Assignment delivered by facsimile, e-mail or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this Copyright Assignment.

6.    <u>Successors and Assigns</u>. This Copyright Assignment shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

7.    <u>Governing Law</u>. This Copyright Assignment and any claim, controversy, dispute or cause of action (whether in contract, tort or otherwise) based upon, arising out of or relating to this Copyright Assignment and the transactions contemplated hereby shall be governed by, and construed in accordance with, the

laws of the United States and the State of New York, without giving effect to any choice or conflict of law provision or rule (whether of the State of New York or any other jurisdiction).

IN WITNESS WHEREOF, the Parties have duly executed and delivered this Copyright Assignment as of the date first above written.

CY WAKEMAN, INC.

By: _____

Name: Cy Wakeman
Title: President
Address for Notices:
    20330 Veterans Drive
    Suite 1
    Elkhorn, NE
    68022

John Wiley & Sons, Inc.

By: _____

Name: Matt Holt
Title:  Senior Vice President &
       Executive Publisher
Address for Notices:
    111 River Street
    Hoboken, NJ
    07030

_____
Cy Wakeman, Individually